MAUDE KIERSTED, Appellant, v. STEFANO LOPICCOLO and Others, Defendants, Impleaded with MANUFACTURERS TRUST COMPANY, Respondent.— Motion for reargument of motion to resettle order of May 18, 1934 (241 App. Div. 881), denied. Present — Kapper, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

GEORGE C. MANNING, JR., as Receiver of the Property of HARRY DRAPKIN, Judgment Debtor, Respondent, v. ANNIE DRAPKIN, Appellant.— In view of the decision in *Manning* v. *Drapkin* (*post*, p. 782), decided herewith, the motion for a stay is dismissed. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

MARGARET MATTHEWS, Respondent, v. GOOD TRADING CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. (*Sibilia* v. *Bayside West Theatres, Inc.*, 233 App. Div. 860.) Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

HELEN J. QUINN, Respondent, v. WILLIAM R. QUINN, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

BERTHA SCHACHTER, as Administratrix of the Goods, Chattels and Credits of ARTHUR W. SCHACHTER, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell and Davis, JJ.; Hagarty, J., not voting.

SUNSET HOLDING CORPORATION, Appellant, v. HOME TITLE INSURANCE COMPANY, Respondent.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

GIUSEPPE ALOIA and MARY ALOIA, as Administrators of the Goods, Chattels and Credits Which Were of JOHN ALOIA, Deceased, Appellants, v. LOUIS BERKOWITZ and HENRY S. FRIEDMAN, Individually and as Copartners, Doing Business under the Firm Name and Style of LEVIATHAN GARAGE, Respondents.— Judgment dismissing the complaint on the opening by plaintiffs' counsel reversed on the law and a new trial granted, costs to abide the event. Plaintiffs' intestate, upon the facts stated in the opening, which must be taken as true, was clearly an invitee, and the defendants owed him the duty of exercising due care against dangers reasonably to be anticipated by the defendants. We are of the opinion that a jury might well say that fire was such a danger. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

BARWIN REALTY COMPANY, Respondent, v. HILLCREST MANOR, INC., and Others, Appellants, and Others, Defendants.— Order in so far as it denies the motion to cancel the sale in a foreclosure action and fixes the amount of the deficiency judgment at $70,936.28 affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

FRITZ BLANKENBERG, Respondent, v. DONALD S. BURSCH, Appellant.— Judgment for damages for personal injuries growing out of an automobile collision, and order denying motion for a new trial unanimously affirmed, with costs. The only questions raised are as to the amount of the verdict. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.